On respondent - cross-petitioner's motion for reconsideration filed May 5, reconsideration allowed; former opinion (127 Or App 312, 873 P2d 452) modified and adhered to as modified; CA A82606 reversed and remanded on· petition for reconsideration of subassignment of error 2c; otherwise affirmed on petition and on cross-petition; CA A82607 affirmed July 6, petition for review denied September 20, 1994 (320 Or 131)

BICYCLE TRANSPORTATION ALLIANCE,
an Oregon nonprofit corporation,
*Petitioner below,*

FRIENDS OF CEDAR MILL,
an Oregon nonprofit corporation,
Sensible Transportation Options for People,
an Oregon nonprofit corporation,
*Petitioners - Cross-Respondents,*

*and*

DEPARTMENT OF LAND CONSERVATION
AND DEVELOPMENT,
*Intervenor below,*

*v.*

WASHINGTON COUNTY,
*Respondent - Cross-Petitioner.*

(LUBA 92-213; CA A82606 (Control)

BICYCLE TRANSPORTATION ALLIANCE,
an Oregon nonprofit corporation,
*Petitioner below,*

FRIENDS OF CEDAR MILL,
an Oregon nonprofit corporation,
Sensible Transportation Options for People,
an Oregon nonprofit corporation,
*Petitioners,*

*and*

DEPARTMENT OF LAND CONSERVATION
AND DEVELOPMENT,
*Intervenor below,*

*v.*

WASHINGTON COUNTY,
*Respondent.*

(LUBA 92-214; CA A82607)
(Cases Consolidated)
876 P2d 865

John M. Junkin, Washington County Counsel, and David C. Noren, Assistant County Counsel, for motion.

No appearance *contra*.

Before Deits, Presiding Judge, and Richardson, Chief Judge, and Riggs, Judge.

PER CURIAM

**PER CURIAM**

Pursuant to respondent - cross-petitioner Washington County's motion for reconsideration, we modify the disposition and award of costs.

Reconsideration allowed; former opinion modified and adhered to as modified; in CA A82606, reversed and remanded on the petition for reconsideration of subassignment of error 2c; otherwise affirmed on the petition and on cross-petition; in CA A82607, affirmed.